P. RANDALL NOAH, SBN 136452
LAW OFFICES OF P. RANDALL NOAH
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Tel. (925) 253-5540
Fac. (925) 253-5542

Attorney for Plaintiff, Cathleen Daugherty

PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218943)
NORMAN LAU (SBN 253690)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	pamela.cogan@rmkb.com, stacy.tucker@rmkb.com, norman.lau@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHLEEN DAUGHERTY,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>            Defendants. | CASE NO.  3:16-cv-02714- JST<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**Hon. Jon S. Tigar** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff CATHLEEN DAUGHERTY and Defendant, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

///

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated:  November 1, 2016          LAW OFFICE OF P. RANDALL NOAH

By: */s/ P. Randall Noah*
    P. RANDALL NOAH
    Attorneys for Plaintiff
    CATHLEEN DAUGHERTY

Dated:  November 1, 2016          ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Norman Lau*
    PAMELA E. COGAN
    STACY M. TUCKER
    NORMAN LAU
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  November 2, 2016

Hon. Jon S. Tigar
United States District Judge

4820-8423-8395.1                  - 1 -                  STIPULATION AND [PROPOSED] ORDER
                                                         DISMISSING ENTIRE ACTION WITH PREJUDICE
                                                         CASE NO. 3:16-CV-02714- JST